IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| ANGELA UPCHURCH and ROBERT UPCHURCH, | ) ) ) |
| Plaintiffs, | ) Docket No.: 3:22-CV-00431 ) |
| v. | ) JURY DEMAND ) |
| JADEN WOODS HORN and TENNESSEE VALLEY AUTHORITY, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now Austin C. Evans of Adams and Reese LLP and files this Notice of Appearance, without waiving any substantive or procedural rights, to notify the Court and other counsel of record that he will appear as counsel in this matter on behalf of Defendant Jaden Woods Horn.

Dated this 16th day of August, 2023.

                                                          Respectfully submitted,

                                                          /s/ *Austin C. Evans*
                                                          F. Laurens Brock (BPR No. 17666)
                                                          Austin C. Evans (BPR No. 036000)
                                                          Adams and Reese LLP
                                                          1600 West End Avenue, Suite 1400
                                                          Nashville, Tennessee 37203
                                                          Tel: (615) 259-1028
                                                          Fax: (615) 259-1470
                                                          larry.brock@arlaw.com
                                                          austin.evans@arlaw.com

                                                          *Counsel for Defendant*
                                                          *Jaden Woods Horn*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing pleading upon the following individual(s) via ECF Notification, correctly addressed as follows:

John E. Pevy (BPR # 034390)
TV General Counsel's Office
400 West Summit Hill Drive
Knoxville, TN 37902-1401
Telephone: (865) 632-7343

*Attorney for Tennessee Valley Authority*

Nathan E. Evans (BPR # 024412)
Wettermark & Keith, LLC
1232 Premier Dr., Ste 325
Chattanooga, Tennessee 37421
Telephone: (423) 558-0622
Email: nevans@wkfirm.com

*Attorney for Plaintiff*

This 16th day of August, 2023:

/s/ Austin C. Evans
Austin C. Evans