UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

ANGELA UPCHURCH & ROBERT
UPCHURCH,
Plaintiffs,

v.

No. 3:22-CV-00431-CLC-DCP

JADEN WOODS HORN & TENNESSEE
VALLEY AUTHORITY/
Defendants.

## NOTICE OF APPEARANCE

Christopher W. Sanders, a member of the bar of the United States District Court for the Eastern District of Tennessee, hereby enters his appearance representing defendant Tennessee Valley Authority in this civil action.

Respectfully submitted,

*s/Christopher W. Sanders*
David D. Ayliffe (TN BPR 024297)
Associate General Counsel
Christopher W. Sanders (TN BPR 0025671)
Colin Colverson (SC BAR NO. 78771)
John E. Pevy (TN BPR 034390)
TVA GENERAL COUNSEL'S OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone    865.632.7007
Email    cwsanders1@tva.gov

Attorneys for Tennessee Valley Authority

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt (parties may access this filing through the Court's ECF system).

*s/Christopher W. Sanders*
Attorney for Tennessee Valley Authority
