UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

ANGELA UPCHURCH and ROBERT
UPCHURCH,
Plaintiffs,

No. 3:22-cv-00431-CLC-DCP

v.

JADEN WOOD HORN and TENNESSEE
VALLEY AUTHORITY,
Defendants.

## DEFENDANTS' JOINT MOTION TO EXCLUDE PLAINTIFFS' EXPERT TESTIMONY

Pursuant to the Court's Scheduling Order (Doc. 28) and Federal Rule of Civil Procedure 37(c)(1) and in accordance with Local Rule 7.1, Defendant Jaden Wood Horn and Defendant Tennessee Valley Authority hereby jointly move the Court to preclude Plaintiffs from presenting any evidence under Federal Rule of Evidence 702, 703, or 705 from any witness for whom Plaintiffs were required to provide a disclosure under Federal Rule of Civil Procedure 26(a)(2), including any attempts to use treating physician testimony for any purpose which requires an expert disclosure under Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure.

As of the date of this motion, Plaintiffs have failed to make any expert disclosures under Federal Rule of Civil Procedure 26(a)(2), and Plaintiffs have presented no justification for their failure to comply with the Court's Scheduling Order. Thus, any expert testimony should be excluded under Federal Rule of Civil Procedure 37(c)(1).

Respectfully submitted,

| | |
|---|---|
| *s/ Austin C. Evans (with permission)* | *s/ Christopher W. Sanders* |
| F. Laurens Brock, Esq. (BPR #17666) | David D. Ayliffe, (TN BPR 024297) |
| Austin C. Evans, Esq. (BPR #36000) | Associate General Counsel |
| Adams and Reese LLP | John E. Pevy (TN BPR 034390) |
| 1600 West End Avenue, Suite 1400 | Christopher W. Sanders (TN BPR 025671) |
| Nashville, Tennessee 37203 | OFFICE OF THE GENERAL COUNSEL |
| Telephone 615.259.1450 | Tennessee Valley Authority |
| Facsimile 615.259.1470 | 400 West Summit Hill Drive |
| larry.brock@arlaw.com | Knoxville, Tennessee 37902-1401 |
| austin.evans@arlaw.com | Telephone 865.632.7343 |
| | jepevy@tva.gov |
| *Attorneys for Jaden Woods Horn* | cwsanders@tva.gov |
| | |
| | *Attorneys for Tennessee Valley Authority* |

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

<u>*s/ Christopher W. Sanders*</u>
Attorney for Tennessee Valley Authority