IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| ANGELA UPCHURCH and ROBERT UPCHURCH,<br><br>    Plaintiffs,<br><br>v.<br><br>JADEN WOODS HORN and TENNESSEE VALLEY AUTHORITY,<br><br>    Defendants. | Docket Number: 3:22-CV-00431<br><br>**JURY DEMAND** |

**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26**

**COME NOW** the Plaintiffs ANGELA UPCHURCH and ROBERT UPCHURCH, by and through counsel, and submit their Fed. R. Civ. P. 26 Initial Disclosures. These initial disclosures are made without waiving (1) the right to object on grounds of competency, privilege, work product doctrine, relevancy and materiality, hearsay, or any other proper grounds; and (2) the right to object on any known grounds at any time, to other discovery requests or proceeding involving or relating to the subject matter of these disclosures.

**Rule 26(a)(1)(A)(i)**: The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

> **RESPONSE**: Plaintiffs' investigation regarding this case is ongoing and they reserve the right to supplement and/or amend this response if and when additional information becomes available or is discovered, identified, deemed relevant or inadvertently omitted. Subject to and without waiving the foregoing, Plaintiffs identify the following persons or entities in response to this request:
>
> **Angela Upchurch**
> 380 Miston Tank Rd
> Ridgely, TN 38080
> (731) 334-9132

*Ms. Upchurch has discoverable information regarding the facts of the incident that is the subject of this cause of action, her injuries and treatment, and the damages she is seeking.*

**Robert Upchurch**
380 Miston Tank Rd
Ridgely, TN 38080
(731) 334-9132
*Mr. Upchurch has discoverable information regarding the facts of the incident that is the subject of this cause of action, his wife's injuries and treatment, his loss of consortium claims, and the damages they are seeking.*

**Trooper Bradley Keeton**
TENNESSEE HIGHWAY PATROL – DISTRICT 8
336 Smith Lane
Jackson, TN 38301
(731) 423-6635

**Jaden Woods Horn**
75 Rifle Lane
Lexington, TN 38351
(423) 751-1010
*Mr. Horn has discoverable information regarding the facts of the incident that is the subject of this cause of action, his employment, his employment-related activities at the time of the incident, and his driving record.*

**Tennessee Valley Authority**
*TVA likely has information relating to its employment and/or contract relationship with Defendant James Woods Horn.*

**Medical Center EMS**
PO Box 309
Lewisville, NC 27023-0309
(800) 814-5339
*Medical Center EMS has information regarding medical treatment and care it provided to Angela Upchurch as a result of the incident that is the subject of this cause of action, as well as the reasonableness, necessity of its charges for the treatment and care provided.*

**West Tennessee Healthcare Dyersburg Hospital**
400 E Tickle Street
Dyersburg, TN 38024
(731) 285-2410
*West Tennessee Healthcare Dyersburg Hospital has information regarding medical treatment and care it provided to Angela Upchurch as a result of the incident that is the subject of this cause of action, as well as the reasonableness, necessity of its charges for the treatment and care provided.*

**West Tennessee Bone & Joint**
219 Stonebridge Boulevard
Jackson, TN 38305
(731) 661-9825
*West Tennessee Bone & Joint has information regarding medical treatment and care it provided to Angela Upchurch as a result of the incident that is the subject of this cause of action, as well as the reasonableness, necessity of its charges for the treatment and care provided.*

**Dr. John Douglas Haltom, Jr.**
219 Stonebridge Boulevard
Jackson, TN 38305
(731) 661-9825
*Dr. John Douglas Haltom, Jr. has information regarding medical treatment and care he provided to Angela Upchurch as a result of the incident that is the subject of this cause of action, as well as the reasonableness, necessity of his charges for the treatment and care provided.*

**Drake Parker**
2035 St. John Avenue, Suite 2
Dyersburg, TN 38024
(731) 325-5515
*Drake Parker has information regarding medical treatment and care he provided to Angela Upchurch as a result of the incident that is the subject of this cause of action, as well as the reasonableness, necessity of his charges for the treatment and care provided.*

**Danielle Lanade**
2035 St. John Avenue, Suite 2
Dyersburg, TN 38024
(731) 325-5515
*Danielle Lanade has information regarding medical treatment and care she provided to Angela Upchurch as a result of the incident that is the subject of this cause of action, as well as the reasonableness, necessity of her charges for the treatment and care provided.*

**Shawn Stork**
2035 St. John Avenue, Suite 2
Dyersburg, TN 38024
(731) 325-5515
*Shawn Stork has information regarding medical treatment and care he provided to Angela Upchurch as a result of the incident that is the subject of this cause of action, as well as the reasonableness, necessity of his charges for the treatment and care provided.*

**Laurie Ward**
2035 St. John Avenue, Suite 2
Dyersburg, TN 38024
(731) 325-5515

*Laurie Ward has information regarding medical treatment and care she provided to Angela Upchurch as a result of the incident that is the subject of this cause of action, as well as the reasonableness, necessity of her charges for the treatment and care provided.*

**Star Physical Therapy**
2035 St. John Avenue, Suite 2
Dyersburg, TN 38024
(731) 325-5515
*Star Physical Therapy has information regarding medical treatment and care it provided to Angela Upchurch as a result of the incident that is the subject of this cause of action, as well as the reasonableness, necessity of its charges for the treatment and care provided.*

Any other individuals or entities that have provided or continue to provide Plaintiff(s) with medical treatment, whose identities are known to Plaintiff(s).

Any individuals who witnessed the incident, whose names, addresses, and telephone numbers are unknown to Plaintiff.

Any witnesses designated by Defendant in their Rule 26(a)(1) Initial Disclosures

**Rule 26(a)(1)(A)(ii)**: A copy – or description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

> **RESPONSE**: Plaintiffs' investigation regarding this case is ongoing and it reserves the right to supplement and/or amend this response if and when additional information becomes available or is discovered, identified, deemed relevant or inadvertently omitted. Subject to and without waiving the foregoing, the following documents may be used to support Plaintiff's claims, except for those documents used solely for impeachment purposes:
>
> All documents, communications, and/or photographs identified or produced by Defendants pursuant to Rule 26(a)(1) or in response to Plaintiff's discovery requests or Defendants' discovery requests.
>
> Any medical reports or bills produced by Plaintiff or obtained by subpoena.

**Rule 26(a)(1)(A)(iii)**: A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE**: Plaintiffs' investigation regarding this case is ongoing and it reserves the right to supplement and/or amend this response if and when additional information becomes available or is discovered, identified, deemed relevant or inadvertently omitted. Subject to and without waiving the foregoing, the following damages are claimed by the Plaintiffs:

*For Plaintiff Angela Upchurch*:

(a) Past medical bills - $72,390.85

| | | |
|---|---|---|
| EMS | 12/19/2021 | $1,766.60 |
| West TN Bone and Joint | 12/20/2021-06/28/2022 | $6,662.00 |
| Star Physical Therapy | 01/11/2022-03/22 | $3,181.00 |
| West TN Healthcare Dyersburg Hospital | 12/19/2021 | $2,261.50 |
| | 12/20/2021 | $37,593.00 |
| | 6/14/2022 | $12,182.75 |
| Nichols Park ER Phys | 12/19/2021 | $8,744.00 |
| | **TOTAL** | **$72,390.85** |

(b) Future medical bills – To be determined by the jury;
(c) Past physical pain and mental anguish – To be determined by the jury;
(d) Future physical pain and mental anguish – To be determined by the jury;
(e) Past and future inability to enjoy the normal pleasures of life– To be determined by the jury;
(f) Lost wages – To be determined by the jury;
(g) Loss of earning capacity – To be determined by the jury; and,
(h) All other damages proven at trial to be so entitled.

*For Plaintiff Robert Upchurch:*

(a) Pain, mental anguish and suffering, past and future – To be determined by the jury;
(b) Loss of consortium – To be determined by the jury;
(c) Loss of enjoyment of life, past and future– To be determined by the jury; and,
(d) All other damages proven at trial to be so entitled.

**Rule 26(a)(1)(A)(iv)**: For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE**: Any insurance agreement or self-insurance held by the Defendants.

Respectfully submitted,

**WETTERMARK & KEITH, LLC**

BY:  /s/Nathan Evans
NATHAN E. EVANS, BPR #024412
Attorney for the Plaintiff
1232 Premier Drive, Suite 325
Chattanooga, TN 37421
(423) 558-0622
(205) 747-4993 Facsimile
*nevans@wkfirm.com*

## CERTIFICATE OF SERVICE

I certify that on April 27, 2023, a copy of Angela and Robert Upchruch's Initial Disclosures was served via US mail on the following:

**F. Laurens Brock**
ADAMS AND REESE LLP
*Attorneys for the Defendant, James Woods Horn*
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
*Larry.brock@arlaw.com*

**John E. Pevy**
TENNESSEE VALLEY AUTHORITY
Office of the General Counsel
400 West Summit Hill Drive, Knoxville, TN 37902
jepevy@tva.gov

                                                  /s/Nathan Evans
                                                *Attorney for the Plaintiffs*